Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Thomas E. Wheeler (SBN 308789)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
twheeler@toddflaw.com
abacon@ toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DABIR, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> MCDONALD'S CORPORATION; and DOES 1 – 10, inclusive, , <br><br> Defendant. | Case No. 2:19-cv-08006-MWF-AFM <br><br> **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MCDONALD'S CORPORATION WITHOUT PREJUDICE** |

Notice of Dismissal - 1

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter without prejudice as to Defendant MCDONALD'S CORPORATION ("Planet Fitness") only. Defendant McDonald's Corporation has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 18TH day of October, 2019.

By:   s/Todd M. Friedman
      Adrian R. Bacon, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Filed electronically on this 1st day of February, 2019, with:

United States District Court CM/ECF system

Notification sent on this 1st day of February, 2019, via the ECF system to:

Honorable Magistrate Judge Deborah M. Fine
United States District Court
District of Arizona

This 1st day of February, 2019.
By: s/Adrian R. Bacon
    Adrian R. Bacon, esq.