Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SEAN DABIR, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No.: ) ) **2:19-cv-08006-MWF-AFM** |
| vs. | ) ) **NOTICE OF SETTLEMENT** |
| MICHAEL J. MANGIONE JR.; MCDONALD'S #1120 located at 3880 PACIFIC COAST HWY, TORRANCE, CA 90505 ; and DOES 1 – 10, inclusive, | ) **AS TO INDIVIDUAL CLAIMS** ) **ONLY** ) ) ) |
| Defendants. | ) |

NOW COME THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled as to individual claims only. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: February 24, 2020          **Law Offices of Todd M. Friedman, P.C.**

                                   By: s/ Adrian R. Bacon
                                   Adrian R. Bacon, Esq.

Notice of Settlement - 1

## CERTIFICATE OF SERVICE

Filed electronically on February 24, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on February 24, 2020 to:

To the Honorable Court, all parties and their Counsel of Record

By: s/ Adrian R. Bacon
Adrian R. Bacon, Esq.
